```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
UNITED STATES OF AMERICA              :
                                      :
                                      :   ORDER
        - v -                         :
                                      :   03 Cr. 841 (VB)
LAWRENCE SAVOCA,                      :
                                      :
                Defendant.            :
--------------------------------------X
```

Vincent L. Briccetti, United States District Judge.

The Bureau of Prisons is directed to release to defense counsel (Edward S. Zas, Edward_Zas@fd.org, Federal Defenders of New York, Inc., 52 Duane Street, New York, NY 10007) as soon as possible, and in no event later than April 22, 2020, the medical records for Lawrence Savoca (Reg. No. 83894-054) from the time he entered the custody of the Bureau of Prisons to the present.

Dated:  New York, New York          SO ORDERED:
        April 15, 2020

                                    _____
                                    HONORABLE VINCENT L. BRICCETTI
                                    UNITED STATES DISTRICT JUDGE

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

Southern District of New York
*Jennifer L. Brown*
Attorney-in-Charge

April 15, 2020

**By ECF**

Honorable Vincent L. Briccetti
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas St.
White Plains, New York 10601-4150

Re:  **United States v. Lawrence Savoca**
     **03 Cr. 841 (VB)**

Dear Judge Briccetti:

I write with urgency to request that the Court order the Bureau of Prisons ("BOP") to release to defense counsel Lawrence Savoca's medical records. Counsel for the government does not oppose this request.

I understand that Mr. Savoca, who is incarcerated at FCI Ray Brook, suffers from asthma, which puts him in the high-risk category for COVID-19. I therefore seek to obtain his medical records from BOP. My office has contacted the medical records department at FCI Ray Brook, but we have been told that the facility will not release the records without a formal request under the Freedom of Information Act and without Mr. Savoca submitting numerous medical release forms. Given the ongoing COVID-19 pandemic and BOP's restrictions on normal prison operations, this process could take weeks, if not longer. I therefore ask the Court to intervene and order BOP to turn over these records as soon as possible. Other judges in this Circuit have granted similar requests in recent weeks. *See, e.g., United States v. Zoilo Taveras*, 20 Cr. 240 (PAE) (S.D.N.Y. Ex Parte Order of Mar. 30, 2020); *United States v. Keith Raniere*, 18 Cr. 204 (NGG) (E.D.N.Y. Order of Mar. 27, 2020) (Dkt. 864).

I have been in communication with Mr. Savoca via the CorrLinks system, and he has authorized the release of this medical information to me. I have also contacted Assistant United States Attorney Celia V. Cohen, who advises that the government does not oppose this request.

      I attach a proposed order directing the BOP to release Mr. Savoca's medical records to counsel.

      Thank you for your attention.

                                              Respectfully submitted,

                                              /s/
                                      Edward S. Zas
                                      Assistant Federal Defender
                                      (212) 417-8748

Cc: Celia V. Cohen, Esq. (by ECF)