**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

March 8, 2023

**BY ECF**

The Honorable Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:    Lawrence Savoca v. United States,
       16 Civ. 4465 (VB)
       03 Cr. 841 (VB)

Dear Judge Briccetti:

The Government respectfully submits this letter to request a brief extension of the deadline to file its brief from March 14, 2023 to March 17, 2023. The Government has conferred with Edward Zas, Esq., counsel to Lawrence Savoca, and Mr. Zas consents to the requested extension. Should the Court grant the requested extension, the Government has no object to a corresponding extension of Savoca's deadline to file a response, from March 28, 2023 to March 31, 2023.

Respectfully Submitted,

DAMIAN WILLIAMS
United States Attorney

By: /s/ Celia V. Cohen
Celia V. Cohen
Assistant United States Attorney
(914) 993-1921

---

APPLICATION GRANTED
SO ORDERED:

/s/ Vincent L. Briccetti
Vincent L. Briccetti, U.S.D.J.
Dated: 3/8/23
White Plains, NY

Government's brief due 3/17/23.
Defendant's reply due 3/31/23.

---

cc: Edward Zas, Esq. (by ECF)