UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
LAWRENCE SAVOCA,                                  :
              Petitioner,                    :        **ORDER**
                                               :
v.                                                                :        16 CV 4465 (VB)
                                               :        03 CR 841-01 (VB)
UNITED STATES OF AMERICA,           :
              Respondent.                :
--------------------------------------------------------------x

       On **April 20, 2023, at 3:00 p.m.**, the Court will hear oral argument on the pending post-remand issue of whether petitioner's Section 924(c) conviction and sentence was based on the statute's "elements" clause or its "residual" clause. The hearing will be conducted in person at the White Plains courthouse in Courtroom 620.

       The Court understands that petitioner is currently incarcerated at FCI Otisville. Although the Court does not believe petitioner's presence at the April 20 hearing is required by law, if possible, the government shall arrange for petitioner to be produced at the hearing. If it is not possible for petitioner to be produced, the hearing will proceed with only counsel in attendance.

Dated: April 6, 2023
       White Plains, NY

                                                      SO ORDERED:

                                                      _____
                                                      Vincent L. Briccetti
                                                      United States District Judge