UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
__US__,
               Plaintiff(s),

v.

__Lawrence Savoca__
               Defendant(s).
------------------------------------------------------------x

**CALENDAR NOTICE**

__03 CR 841__ (VB)

**PLEASE TAKE NOTICE** that the above-captioned case has been ~~scheduled~~/ re-scheduled for:

___ Status conference      ___ Final pretrial conference

___ Telephone conference      ___ Jury selection and trial

___ Pre-motion conference      ___ Bench trial

___ Settlement conference      ___ Suppression hearing

___ Oral argument      ___ Plea hearing

___ Bench ruling on motion      ___ Sentencing

on __6-5-__, 20__23__, at __11:00 AM__, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from __6-5-23 @ 10 AM__

All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: __5-30-__, 20__23__
White Plains, NY

SO ORDERED:

__/s/ Vincent L. Briccetti__
Vincent L. Briccetti
United States District Judge