```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA,              :
                                       :        ORDER
v.                                     :
                                       :        03 CR 841-01 (VB)
LAWRENCE SAVOCA,                       :
                         Defendant.    :
--------------------------------------------------------x
```

At the sentencing hearing on June 5, 2023, for the reasons stated on the record, the Court imposed a sentence of, among other things, TIME SERVED, in the above referenced case. Accordingly, defendant Lawrence Savoca, USM #83894-054, is hereby ORDERED released from the custody of the United States Marshal, subject to any detainers or detention orders lodged by any immigration, parole, or law enforcement authorities.

Dated: June 5, 2023
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge