UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

UNITED STATES OF AMERICA      :

                                 :

v.                                 :

                                 :

LAWRENCE SAVOCA,        :
            Defendant.      :
------------------------------------------------------x

**ORDER**

03 CR 841-01 (VB)

      For the reasons set forth on the record at a hearing held on April 20, 2023, as well as at the re-sentencing hearing on June 5, 2023, defendant Lawrence Savoca's conviction on Count Three for discharging a firearm during and in relation to a crime of violence, pursuant to 18 U.S.C. § 924(c), is VACATED.

Dated: June 5, 2023
      White Plains, NY

                      SO ORDERED:

                      _____
                      Vincent L. Briccetti
                      United States District Judge